United States District Court
Southern District of Texas
**ENTERED**
March 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

| | | |
|---|---|---|
| AHMAD HASSANI | ) | |
| Petitioner, | ) | Case No. 4:24-cv-0970 |
| | ) | |
| v. | ) | |
| KRISTI L. NOEM | ) | |
| ET. AL. | ) | COMPLAINT |
| Respondents | | |

**ORDER**

The Court grants Petitioners' unopposed motion for Dismissal without prejudice.

It is so ORDERED.

Signed on March 21, 2025 at Houston, Texas.



Alfred H. Bennett
U.S. District Judge